RAY E. SENKUS, Respondent, *v.* NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

Argued March 10, 1938; decided April 12, 1938.

*K. O. Mott-Smith* and *Clive C. Handy* for appellant.

*Thomas J. O' Neill* and *Joseph G. Saile* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.